1  DURIE TANGRI LLP
   DARALYN J DURIE (SBN 169825)
2  ddurie@durietangri.com
   RYAN M. KENT (SBN 220441)
3  rkent@durietangri.com
   EUGENE NOVIKOV (SBN 257849)
4  enovikov@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA 94111
   Telephone:   415-362-6666
6  Facsimile:   415-236-6300

7  Attorneys for Defendant and Counterclaim Plaintiff
   TICKETMASTER L.L.C.
8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | EIT HOLDINGS, LLC, a Delaware company, | Case No. 3:11-cv-02471-EDL

13 |     Plaintiff and Counterclaim Defendant, | **JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

14 | v. |

15 | TICKETMASTER L.L.C., a Virginia corporation, | Date:   August 30, 2011
                                                    Time:   10:00 a.m.
16 |     Defendant and Counterclaim Plaintiff. | Ctrm:   F, 15th Floor
                                                 Judge:  Honorable Elizabeth D. Laporte

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATED REQUEST PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER
CHANGING TIME OF CASE MANAGEMENT CONFERENCE / CASE NO. 3:11-CV-02471-EDL

Pursuant to Civil L.R. 6-2 and 7-12 and Fed. R. Civ. P. 6(b), Plaintiff and Counterclaim Defendant EIT Holdings, LLC ("EIT") and Defendant and Counterclaim Plaintiff Ticketmaster L.L.C. ("Ticketmaster") hereby request that the Court enter an order changing the time of the Case Management Conference. This stipulated request is supported by the Declaration of Ryan M. Kent in Support of Joint Stipulated Request Pursuant to Local Rule 6-2 for Changing Time of Case Management Conference ("Kent Decl."). In support of the parties' stipulated request, the parties state as follows:

1. The Court set the initial Case Management Conference for August 30, 2011 at 10:00 a.m.

2. The parties request that the Case Management Conference be set for September 6, 2011 at 10:00 a.m.

3. There have been no previous time modifications in this case, either by stipulation or court order. Kent Decl. ¶ 2.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the Case Management Conference be set for September 6, 2011 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: July 25, 2011                              DURIE TANGRI LLP

By: _____*/s/ Ryan M. Kent*_____
DARALYN J. DURIE
RYAN M. KENT
EUGENE NOVIKOV

Attorneys for Defendant and Counterclaim Plaintiff TICKETMASTER L.L.C.

Dated: July 25, 2011                              GOLDSTEIN & VOWELL, LLP

By: _____*/s/ Edward W. Goldstein*_____
EDWARD W. GOLDSTEIN
CORBY R. VOWELL
JODY M. GOLDSTEIN
ALISA A. LIPSKI

Attorneys for Plaintiff and Counterclaim Defendant EIT HOLDINGS, LLC

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

SO ORDERED.

Dated: July __26__, 2011

_____
HONORABLE ELIZABETH D. LAPORTE
U.S. DISTRICT COURT JUDGE