DURIE TANGRI LLP
DARALYN J DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
and Counterclaim Plaintiff
TICKETMASTER L.L.C.

Mark W. Good (State Bar No. 218809)
Benedict O'Mahoney (State Bar No. 152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: mgood@terra-law.com
Email: bomahoney@terra-law.com

Edward W. Goldstein (TX Bar No. 08099500)
Alisa Lipski (TX Bar No. 24041345)
Jody M. Goldstein (TX Bar No. 24002153)
Goldstein & Lipski, PLLC
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
Email: egoldstein@gliplaw.com
Email: alipski@gliplaw.com
Email: jgoldstein@gliplaw.com

Attorneys for Plaintiff
EIT HOLDINGS LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EIT HOLDINGS, LLC, a Delaware company<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　v.<br><br>TICKETMASTER L.L.C., a Virginia limited liability corporation,<br><br>　　　　Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-02471-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING APPEAL**<br><br>Ctrm:　F<br>Judge:　Honorable Elizabeth D. Laporte |

**JOINT STIPULATION**

On December 10, 2010, EIT filed a patent infringement action against multiple defendants in the Northern District of California (C-10-05623-WHA) before the Honorable William H. Alsup.  That action alleged that each defendant infringed claims 40 and 41 of U.S. Patent No. 5,828,837.  After the initial case management conference, Judge Alsup held that the defendants, including Ticketmaster L.L.C. ("Ticketmaster"), were improperly joined and dismissed all but the first-named defendant (Yelp! Inc.). EIT thereafter filed this action against Ticketmaster alleging infringement of the same claims.

At the initial case management conference in this action, the parties informed the Court that Judge Alsup had set a claim construction hearing in the originally-filed Yelp case for early October 2011. The parties accordingly asked the Court to continue the case management conference and to postpone setting a schedule until Judge Alsup had had time to consider EIT and Yelp's respective positions on what the claims mean.  The Court agreed and set another case management conference.  At that subsequent conference held on January 13, 2012, the parties explained the current proceedings before Judge Alsup, including that Yelp had filed a motion for summary judgment of invalidity.

On January 20th, Judge Alsup issued an order on the summary judgment motion brought by Yelp, holding that claims 40 and 41 are invalid.  EIT already has filed a notice of appeal that indicates its intent to appeal *inter alia* the summary judgment order entered in the Yelp case.  If affirmed, however, there is no dispute that that summary judgment order would completely resolve the case against Ticketmaster pending before this Court.  The parties therefore respectfully request that the Court stay this case pending the resolution of EIT's appeal of the summary judgment order entered in *EIT Holdings, LLC v. Yelp! Inc.*, case no. 3:10-cv-05623-WHA (N.D. Cal.).

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

The undersigned parties agreed to stay this case, *EIT Holdings, LLC v. Ticketmaster L.L.C.*, case no. 3:11-cv-02471-EDL, until the fifth court day after EIT Holdings, LLC's appeal of the summary judgment order in *EIT Holdings, LLC v. Yelp! Inc.*, case no. 3:10-cv-05623-WHA (N.D. Cal.) has been finally adjudicated, which shall be the date on which the last appeal or certiorari petition with respect to the summary judgment order has been denied, dismissed, withdrawn, or otherwise determined.

Dated: January 25, 2012                                   GOLDSTEIN & LIPSKI, PLLC

                                                                      */s/ Edward W. Goldstein*
                                                           By: _____
                                                                    EDWARD W. GOLDSTEIN

                                                           Attorneys for Plaintiff and Counterclaim
                                                           Defendant EIT Holdings, LLC


Dated: January 25, 2012                                   DURIE TANGRI LLP

                                                                       */s/ Ryan M. Kent*
                                                           By: _____
                                                                        RYAN M. KENT

                                                           Attorneys for Defendant and Counterclaim
                                                           Plaintiff Ticketmaster L.L.C.


### FILER'S ATTESTATION

I, Ryan Kent, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff and Counterclaim Defendant EIT Holdings, LLC has concurred in this filing.

                                                                       */s/ Ryan M. Kent*
                                                           _____
                                                                        RYAN M. KENT

1  **[PROPOSED] ORDER**

2  WHEREAS, Plaintiff and Counterclaim Defendant EIT Holdings, LLC and Defendant and Counterclaim Plaintiff Ticketmaster L.L.C. have agreed to stay this case, *EIT Holdings, LLC v. Ticketmaster L.L.C.*, United States District Court, Northern District of California, case no. 3:11-cv-02471-EDL until the fifth court day after EIT Holdings, LLC's appeal of the summary judgment order in *EIT Holdings, LLC v. Yelp! Inc.*, case no. 3:10-cv-05623-WHA (N.D. Cal.) has been finally adjudicated, which shall be the date on which the last appeal or certiorari petition with respect to the summary judgment order has been denied, dismissed, withdrawn, or otherwise determined.

NOW, THEREFORE, IT IS SO ORDERED.

DATED: _____January 26_____, 2012



_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge